MEMORANDUM OPINION



No. 04-04-00772-CV



Kevin MAYFIELD and Carol Mayfield, Individually and as Next Friend of


Jared Mayfield, a Minor Child, Robert Mayfield and Helen Mayfield,

Appellants



v.



DOLLAR RENT A CAR,


Appellee



From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-07595


Honorable John J. Specia, Jr., Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: December 22, 2004


DISMISSED

 The clerk's record, which was due on November 12, 2004, has not been filed. On November
22, 2004, this court ordered appellants to show cause in writing by December 2, 2004, why this
appeal should not be dismissed for want of prosecution. Appellants did not respond. The appeal is
dismissed for want of prosecution. See Tex. R. App. P. 37.3(b). Costs of the appeal are taxed against
appellants.

 PER CURIAM

DO NOT PUBLISH